**Aimee Jomaur JACQUES, Petitioner— Appellant,**

v.

**Loretta K. KELLY, Warden, Respondent—Appellee.**

No. 10–6226.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2010.

Decided: July 8, 2010.

Aimee Jomaur Jacques, Appellant Pro Se.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aimee Jomaur Jacques seeks to appeal the district court's order dismissing his habeas petition without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Jacques seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Chao v. Rivendell Woods, Inc.,* 415 F.3d 342, 345 (4th Cir.2005). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*